THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MADIHA MINER, | CASE NO. C19-0505-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SOCIAL SECURITY ADMINISTRATION DISABILITY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court previously granted Defendant's motion to dismiss and granted Plaintiff 21 days to amend her complaint. (Dkt. No. 8.) Plaintiff failed to file an amended complaint curing the deficiencies outlined in the Court's order. Accordingly, Plaintiff's complaint is DISMISSED without prejudice. The Clerk is DIRECTED to close this case.

DATED this 8th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk