THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MADIHA MINER, | CASE NO. C19-0505-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SOCIAL SECURITY ADMINISTRATION DISABILITY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to grant judgment request (Dkt. No. 10), motion for default judgment (Dkt. No. 11), motion to move all of her cases to the Supreme Court (Dkt. No. 12), motion to cease and desist Judge James L. Robart and others (Dkt. No. 18), judgment requested (Dkt. No. 19), motion for default judgment (Dkt. No. 20), motion to cease from withholding Plaintiff's mail (Dkt. No. 21), and motion to cease from cyberhacking Plaintiff's phone lines (Dkt. No. 22).

All of these motions are DENIED. Plaintiff's complaint has been dismissed in this case for failure to state a claim, after the Court granted her the opportunity to fix the complaint's deficiencies. (Dkt. Nos. 8, 13, 14.) Plaintiff never filed an amended complaint. Even assuming

that these present motions have some basis in reality, they have nothing to do with the substantive facts of this case or the fact that Plaintiff's complaint has been dismissed. Plaintiff cannot use this dismissed lawsuit as a mechanism to stop random alleged behavior by a variety of people. Plaintiff's motions (Dkt. Nos. 10, 11, 12, 18, 19, 20, 21, 22) are DENIED.

DATED this 18th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0505-JCC
PAGE - 2