UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MADIHA MINER, | CASE NO. C19-0505-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AOCIAL SECURITY ADMINISTRATION DISABILITY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's various motions (Dkt. Nos. 25, 26, 27, 28, 29). The motions are DENIED.

DATED this 23rd day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk